Criminal Std (4/4/2011)

HONORABLE: _____
DEPUTY CLERK _____ RPTR/ECRO/TAPE _____
USPO _____ INTERPRETER _____

TOTAL TIME: ____ hours ____ minutes
DATE: _____ START TIME: _____ END TIME: _____

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR
- ☐ BOND HRG
- ☐ CHANGE OF PLEA
- ☐ IN CAMERA HRG
- ☐ IA- RULE 5
- ☐ DETENTION HRG
- ☐ WAIVER/PLEA HRG
- ☐ COMPETENCY HRG
- ☐ ARRAIGNMENT
- ☐ PROBABLE CAUSE
- ☐ EXTRADITION HRG
- ☐ FORFEITURE
- ☐ CONFLICT HRG
- ☐ EVIDENTIARY HRG
- ☐ STATUS CONF

CRIMINAL NO. _____ DEFT # _____

_____
AUSA

**UNITED STATES OF AMERICA**
vs
_____
Counsel for Defendant Ret ☐ CJA ☐ PDA ☐

- ☐ …….Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ …… ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
- ☐ …… CJA 23 Financial Affidavit filed ☐ under seal
- ☐ …… Order Appointing Federal Public Defender's Office filed
- ☐ …… Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ …… Appearance of _____ filed
- ☐ …… ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
- ☐ …… ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ …… ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ …… ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ …… Plea Agreement Ltr filed ☐ under seal   to be e-filed
- ☐ ……Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) _____ of the _____ (indict, superseding indict, info)
- ☐ …… Petition to Enter Guilty Plea filed
- ☐ …… Defendant motions due _____ ; Government responses due _____
- ☐ …… Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ …….Hearing on Pending Motions scheduled for _____ at _____
- ☐ …… Jury Selection set for _____ at _____
- ☐ …… Remaining Count(s) to be dismissed at sentencing
- ☐ …… Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
- ☐ …… Special Assessment of $_____ on count(s)_____. Total $_____  Due immediately  Pay at sentencing
- ☐ …… Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ …… Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ …… Order of Detention filed
- ☐ …… Deft ordered removed/committed to originating /another District of _____
- ☐ …… No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ …… Waiver of Rule 5 Hearing filed
- ☐ …… Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ …… Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ …… Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ …… Defendant detained
- ☐ …… _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
- ☐ …… Set Attorney Flag and notify Federal Grievance Clerk

☐ SEE page II for ☐ conditions of bond ☐ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____
_____
_____
_____

## ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Deft _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Deft _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Govt Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Govt Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement